UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRACEY COLEMAN,

      Plaintiff,

 v.                                               Case No. 16-cv-1530-pp

WFA STAFFING,

      Defendant.

---

**ORDER SETTING DEADLINE FOR PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 22)**

---

On December 22, 2017, the defendant filed a motion for summary judgment. Dkt. No. 22. The notice of motion advised the plaintiff that, under Civil L.R. 56(a)(1)(A), the court will accept any declarations or other admissible documentary evidence as true unless the plaintiff submitted his own affidavit, declaration or other admissible documentary evidence contradicting the factual assertion. Id. at 1. The defendant also attached a copy of Rule 56 of the Federal Rules of Civil Procedure, and this court's corresponding civil Local Rule 56. Dkt. No. 22-1. Civil Local Rule 56(b)(2) requires a party opposing a motion for summary judgment to file his opposition within thirty days of the date he is served with the summary judgment motion. Dkt. No. 22-1 at 4. In this case, that means that the plaintiff's opposition materials were due somewhere around January 21, 2018. As of the date of this order—over a month later—the court has not received anything from the plaintiff.

1

If the plaintiff wishes to oppose the motion for summary judgment, the court **ORDERS** that he must file his opposing materials in time for the court to receive them by the end of the day on **Friday, March 16, 2018**. If the plaintiff does not file any opposition materials by the end of the day on Friday, March 16, the court either may accept the defendants' proposed findings as true and use them to make its decision, or it may dismiss the plaintiff's case for lack of diligence under Civil Local Rule 41(c) (E.D. Wis.).

Dated in Milwaukee, Wisconsin this 27th day of February, 2018.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**